UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re Stay of Certain Civil Cases Pending
the Restoration of Department of Justice Funding

ORDER

------------------------------------------------------------X

DOC # 2
13 MISC 0334

Upon the application of the United States Attorney for the Southern District of New York, in light of the lapse of funding to the United States Department of Justice, and to facilitate the management of the Court's docket, it is hereby ordered as follows:

(1) Absent other direction or order from the Court, all civil cases (other than civil forfeiture cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby stayed until the business day after the President signs into law a budget appropriation that restores Department of Justice funding;

(2) Absent other direction or order from the Court, all court deadlines, including scheduling order deadlines and seal deadlines in qui tam cases, in all civil cases (other than civil forfeiture cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between October 1, 2013, and the date the President signs into law a budget appropriation that restores Department of Justice funding;

(3) The United States Attorney's Office shall notify the Court immediately upon the restoration of Department of Justice funding.

SO ORDERED.

Loretta A. Preska
Chief Judge

Dated: New York, New York
October 1, 2013